UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NICOLE ASENCIO, on behalf of herself and all :
others similarly situated, :
            Plaintiff, :
:         **ORDER**
v. :
:         21 CV 11212 (VB)
PROCTOR & GAMBLE COMPANY, :
            Defendant. :
------------------------------------------------------------x

      Under Rule 18 of the SDNY Rules for the Division of Business Among District Judges, a civil case must be designated for assignment to the White Plains courthouse if:

      i.     The claim arose in whole or in major part in the Counties of Dutchess, Orange, Putnam, Rockland, Sullivan, or Westchester (the "Northern Counties") and at least one of the parties resides in the Northern Counties; or

      ii.    The claim arose in whole or in major part in the Northern Counties and none of the parties resides in this District.

A civil case may also be designated for assignment to White Plains if:

      iii.   The claim arose outside this district and at least some of the parties reside in the Northern Counties; or

      iv.   At least half of the parties reside in the Northern Counties.

      Here, plaintiff alleges no facts indicating this claim arose in whole or in major part in the Northern Counties, or that any party resides in the Northern Counties. Indeed, the complaint and the civil cover sheet reflect that plaintiff resides in the Bronx, New York, and that defendant is located in Ohio. Therefore, it does not appear this case was properly designated to White Plains.

      Accordingly, by **January 10, 2022**, plaintiff's counsel shall submit a letter explaining in detail why the case is properly designated for assignment to the White Plains courthouse under Rule 18 or acknowledging that it should be reassigned to the Manhattan courthouse.

Dated: January 3, 2022
       White Plains, NY

                                          SO ORDERED:

                                          Vincent L. Briccetti
                                          United States District Judge